**David WILLIAMS, Appellant**

v.

**Kathy STEWART, also known as Kathy Steward; Moses Jackson, Captain, East Arkansas Regional Unit, ADC; Essie Clay, East Arkansas Regional Unit, ADC; Cody, Ms., Disciplinary Serving Officer, East Arkansas Regional Unit, ADC; Greg Harmon, Warden, East Arkansas Regional Unit, ADC, Appellees.**

No. 12–1090.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 7, 2012.

Filed: Aug. 10, 2012.

wise failed to state a claim. *See Haynes v. Stephenson,* 588 F.3d 1152, 1155–56 (8th Cir.2009) (retaliatory discipline); *Atkinson v. Bohn,* 91 F.3d 1127, 1129 (8th Cir.1996) (per curiam) (retaliatory animus could not be inferred from speculative and conclusory allegations); *Martin v. Sargent,* 780 F.2d 1334, 1338 (8th Cir.1985) (inmate's § 1983 claims fail absent defendant's personal involvement in, or direct responsibility for, incidents that caused injury).

Accordingly, we affirm for the reasons provided by the district court. *See* 8th Cir. R. 47B.

David Williams, Arkansas Department of Correction, Grady, AR, pro se.

Kathy Steward, Attorney General's Office, Little Rock, AR, for Appellees.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas Department of Correction inmate David Williams appeals following the district court's [1] dismissal of four defendants and its grant of summary judgment to one defendant. Upon careful de novo review, we agree with the district court that Mr. Williams did not support his conclusory allegations that he received a retaliatory disciplinary, and we agree that he other-

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.